IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40455
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DAVID LOPEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-94-CR-218-1
- - - - - - - - - -
November 19, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    David Lopez appeals his conviction for being a felon in
possession of a firearm.  He argues that (1) the district court
erred by admitting identification testimony following an
impermissibly suggestive pretrial photographic lineup; (2) the
evidence was insufficient to support his conviction; (3) the
prosecution delayed in turning over evidence favorable to his
defense; and (4) the court erred in sentencing him based on a
finding that six firearms were involved in the offense.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and find no reversible error. Accordingly, we AFFIRM the judgment of conviction. <u>See</u> <u>United States v. Lopez</u>, No. 7:95CR00218-001 (S.D. Tex.; May 27, 1995). Lopez's motion to supplement the record on appeal is DENIED.

AFFIRMED; MOTION DENIED.